IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN HALE**                                                                                    **PLAINTIFF**

v.                                                           CAUSE NO. 1:14CV61-LG-JCG

**HARRISON COUNTY BOARD**
**OF SUPERVISORS, ET AL.**                                                       **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court on submission of the Report and Recommendation of United States Magistrate Judge John C. Gargiulo entered in this cause on January 31, 2017. The Court, having adopted the Report and Recommendation as the finding of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 20th day of March, 2017.

*s\ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge